# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NATASHA HOLIFIELD

VERSUS

ACE AMERICAN INSURANCE
COMPANY, WERNER ENTERPRISES,
INC. OF NEBRASKA, AND
CHRISTIAN FOREMAN

NO.   2025 CW 0163

MARCH 10, 2025

---

In Re:    Ace American Insurance Company, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 689488.

---

BEFORE:   THERIOT, HESTER, AND EDWARDS, JJ.

    STAY DENIED; WRIT DENIED.

                          MRT
                          BDE


    Hester, J., concurs and would deny the writ on the showing
made.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT